ORIGINAL SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENINSULA PETROLEUM FAR EAST PTE. LTD. | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO.: 22-CV-241-L |
| V. | § § | IN ADMIRALTY, RULE 9(H) |
| CRYSTAL CRUISES, LLC, STAR CRUISES (HK) LIMITED, ET AL., | § § § § | ***SEALED CASE*** |
| DEFENDANTS AND GARNISHEES. | § § | |

## AFFIDAVIT OF SERVICE

**STATE OF TEXAS** §
**COUNTY OF TARRANT** §

BEFORE ME, the undersigned authority, on this day personally appeared Thomas Moore who, being by me duly sworn on his oath, deposed and said the following:

1. "My name is Thomas Moore. I am of sound mind, and am fully competent to make this affidavit. I have never been convicted of a felony crime or offense or of a crime involving moral turpitude. All of the facts stated herein are within my personal knowledge and are true and correct.

2. "I am a licensed process server and authorized to serve to perform civil process service in the State of Texas. I was appointed by Scott Wiehle for this purpose in the above-referenced cause.

3. "On February 4, 2022 at 8:30 a.m., I received a Process of Maritime Attachment and Garnishment issued to JPMorgan Chase Bank, National Association, Verified Complaint, Order to Issue Writs and for Service of Writs dated February 2, 2022, and Plaintiff's Interrogatories to JPMorgan Chase Bank, National Association .

4. "On February 7, 2022 at 9:10 a.m., I delivered the papers identified in the paragraph above, by delivering a copy to by serving its registered agent, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

5. "On February 4, 2022 at 8:30 a.m., I received a Process of Maritime Attachment and Garnishment issued to Intercruises Shoreside & Port Services, Inc., Verified Complaint, Order to Issue Writs and for Service of Writs dated February 2, 2022, and Plaintiff's Interrogatories to Intercruises Shoreside & Port Services, Inc.

6. "On February 7, 2022 at 9:10 a.m., I delivered the papers identified in the paragraph above, by delivering a copy to by serving its registered agent, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

7. "On February 4, 2022 at 8:30 a.m., I received a Process of Maritime Attachment and Garnishment issued to JPMorgan Chase & Co., Verified Complaint, Order to Issue Writs and for Service of Writs dated February 2, 2022, and Plaintiff's Interrogatories to JPMorgan Chase & Co.

8. "On February 7, 2022 at 9:10 a.m., I delivered the papers identified in the paragraph above, by delivering a copy to by serving its registered agent, CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

FURTHER, AFFIANT SAYETH NOT.

*[signature]*
Thomas Moore

SUBSCRIBED AND SWORN TO before me on the 7th day of February 2022, to certify which witness my hand and official seal.

*[signature]*
Notary Public, State of Texas

Notary ID # 12158371
My Commission Expires: 1/20/25

# Court of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1985,

## John Stephen Simms

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of January, 2022.

_____
Clerk of the Court of Appeals of Maryland