**CHASE**

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2022

CLERK, U.S. DISTRICT COURT
By_____ Deputy

February 8, 2022

**United State District Court**
**Northern District of Texas**
1100 Commerce Street, Room 1452
Dallas, TX 75242

Re:     Crystal Cruises LLC and Star Cruises (HK) Limited
Case No: 3:22-CV-241-L

**JPMorgan Chase Bank, N.A. ("JPMC") has received your Maritime order against the following debtor(s): Crystal Cruises LLC and Star Cruises (HK) Limited.**

**No Customer Located** (Crystal Cruises LLC)
**No deposit accounts** (Star Cruises (HK) Limited)

1. Not Applicable
2. Not Applicable
3. Not Applicable
4. Information not available in customer systems. Please submit subpoena duces tecum

This response is based on a search of data contained in JPMC's centralized customer identification and account information system. This system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMC's answer to the Maritime order. If you have any questions about this matter, please call us at 1-866-578-7022. We're here Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Sincerely,

Ashley N Rios
Transactions Specialist III
JPMorgan Chase Bank, N.A.

JPMorgan Chase Bank, N.A.
A39b

**CHASE**

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

UNITED STATES DISTRICT COURT
1100 COMMERCE STREET, SUITE 1452
DALLAS, TX 75242

COAL-07Feb22-644

**JPMorgan Chase & Co.**

JPMorgan Chase Bank, N.A.
PO BOX 183164
Columbis, OH 43218-3164

US POSTAGE ™ PITNEY BOWES
ZIP 78258 $ 000.46
02 4W
0000368093 FEB 14 2022

Presort
First Class Mail
ComBasPrice

RECEIVED - 7
MAR -9 2022
MAILROOM

UNITED STATES DISTRICT COURT
1100 COMMERCE STREET, SUITE 1452
DALLAS, TX 75242

15  AB001AB  75242