IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | | |
|---|---|---|
| Peninsula Petroleum Far East Pte. Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION  3:22-CV-241-L |
| v. | § | |
| | § | |
| Crystal Cruises, LLC | § | IN ADMIRALTY, Rule 9(h) |
| Star Cruises (HK) Limited | § | |
| | § | |
| Defendants, and | § | |
| | § | |
| Bank of America, National Association | § | |
| | § | |
| Garnishee. | § | |

## AGREED MOTION FOR CONSENT JUDGMENT

Peninsula Petroleum Far East Pte. Ltd. ("Peninsula"), Crystal Cruises, LLC ("Crystal") and Mark C. Healy, assignee of Crystal Cruises, LLC ("Assignee"), Crystal and Assignee both appearing specially and restrictively and solely as Claimants of the garnishment proceeds herein, jointly move for this Court to enter judgment against Crystal and in favor of Peninsula in the form of the consent judgment filed herewith, in the amount of $402,695.13.

The parties respectfully request this Court to grant their motion and herewith submit a draft order.

Respectfully Submitted,

 /s/ *Arthur R. Kraatz*
Arthur R. Kraatz (*pro hac vice* pending)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Arthur.Kraatz@phelps.com

Marc G. Matthews
SDTX ID No. 705809
Texas Bar No. 24055921
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
Email: marc.matthews@phelps.com

Crystal/ Assignee's Counsel

| | |
|---|---|
| /s/ J. Stephen Simms<br>J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle<br>Baltimore, Maryland 21030<br>Telephone: 443-290-8704<br>Fax: 410-510-1789<br>jssimms@simmsshowers.com | Scott R. Wiehle<br>State Bar No. 24043991<br>scott.wiehle@kellyhart.com<br><br>Joseph D. Austin<br>joseph.austin@kellyhart.com<br>State Bar No. 24101470<br><br>KELLY HART & HALLMAN, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>Telephone: (817) 332-2500 |

Peninsula Counsel