IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Peninsula Petroleum Far East Pte. Ltd. | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION 3:22-cv-241-L |
| v. | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| Crystal Cruises, LLC | § | |
| Star Cruises (HK) Limited | § | |
| | § | |
| Defendants, and | § | |
| | § | |
| MUFG Bank, Ltd. | § | |
| | § | |
| Garnishee. | § | |

**AGREED MOTION TO DISBURSE GARNISHED FUNDS
AND TO DISSOLVE WRIT OF GARNISHMENT**

Peninsula Petroleum Far East Pte. Ltd. ("Peninsula"), Crystal Cruises, LLC ("Crystal"), Mark C. Healy, assignee of Crystal Cruises, LLC ("Assignee") (Crystal and Assignee both appearing specially and restrictively and solely as Claimants of the garnishment proceeds herein), and Garnishee, Bank of America, N.A. ("Bank of America") jointly move this Court, following entry of the Consent Judgment filed by the Parties of even date herewith, for entry of an Order in the form filed contemporaneously herewith.

[*Remainder of Page Intentionally Left Blank*]

- 2 -

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: /s/ *Arthur R. Kraatz*
    Arthur R. Kraatz (*pro hac vice* pending)
    Canal Place | 365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: 504-566-1311
    Telecopier: 504-568-9130
    Arthur.Kraatz@phelps.com

    Marc G. Matthews
    SDTX ID No. 705809
    Texas Bar No. 24055921
    910 Louisiana Street, Suite 4300
    Houston, Texas 77002
    Telephone: (713) 626-1386
    Facsimile: (713) 626-1388
    Email: marc.matthews@phelps.com

***Counsel for Crystal Cruises LLC and Mark C. Healy, assignee of Crystal Cruises, LLC***

**ADAMS AND REESE LLP**

By: /s/ *Evan A. Moeller*
    Evan A. Moeller
    State Bar No. 24051067
    evan.moeller@arlaw.com
    Matthew C. Guy
    State Bar No. 24050702
    matthew.guy@arlaw.com
    Joshua A. Lesser
    State Bar No. 24116663
    joshua.lesser@arlaw.com
    Lyondell Basell Tower
    1221 McKinney St., Suite 4400
    Houston, Texas 77010
    Telephone: (713) 652-5151
    Facsimile: (713) 652-5152

***Attorneys for Bank of America, N.A.***

**SIMMS SHOWERS LLP**

By: /s/ *J. Stephen Simms*
    J. Stephen Simms
    *Pro Hac Vice Pending*
    201 International Circle
    Baltimore, Maryland 21030
    Telephone: 443-290-8704
    Fax: 410-510-1789
    jssimms@simmsshowers.com

**KELLY HART & HALLMAN, LLP**

    Scott R. Wiehle
    State Bar No. 24043991
    scott.wiehle@kellyhart.com
    Joseph D. Austin
    joseph.austin@kellyhart.com
    State Bar No. 24101470
    201 Main Street, Suite 2500
    Fort Worth, Texas 76102
    Telephone: (817) 332-2500

***Attorneys for Peninsula Petroleum Far East Pte. Ltd.***