IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **PENINSULA PETROLEUM FAR EAST PTE LTD,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. **3:22-CV-241-L-BH** |
| § | |
| **CRYSTAL CRUISES, LLC and STAR CRUISES (HK) LIMITED,** § § § | |
| Defendants, § § | |
| and § § | |
| **BANK OF AMERICA, NATIONAL ASSOCIATION,** § § § § | |
| Garnishee. § | |

# ORDER

Before the court is the Agreed Motion for Consent Judgment ("Motion") (Doc. 52), filed August 25, 2022, by Peninsula Petroleum Far East Pte. Ltd.; Crystal Cruises, LLC ("Crystal"); and Mark C. Healy, assignee of Crystal Cruises, LLC ("Assignee"). Crystal and Assignee indicate in the parties' Motion that they are both appearing specially and restrictively and solely as Claimants of the garnishment proceeds in this action. Having considered the Motion, the proposed Consent Judgment, and the file in this case, the court determines that the Motion should and is hereby **granted**. Accordingly, the parties' Consent Judgment will be entered by separate document.

**It is so ordered** this 30th day of August, 2022.

*[Signature: Sam A. Lindsay]*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**