IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Peninsula Petroleum Far East Pte. Ltd. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Crystal Cruises, LLC § <br> Star Cruises (HK) Limited § <br> § <br> Defendants, and § <br> § <br> Bank of America, National Association § <br> § <br> Garnishee. § | CIVIL ACTION 3:22-CV-241-L <br><br> IN ADMIRALTY, Rule 9(h) |

## **CONSENT JUDGMENT**

Upon the consent of Peninsula Petroleum Far East Pte. Ltd. ("Peninsula"), Crystal Cruises, LLC ("Crystal") and Mark C. Healy, assignee of Crystal Cruises, LLC ("Assignee"), Crystal and Assignee both appearing specially and restrictively and solely as Claimants of the garnishment proceeds herein, this Court hereby:

**ENTERS FULL AND FINAL JUDGMENT** against Crystal in the amount of $402,695.13.[1] The parties shall each bear their own costs and attorneys' fees, and this judgment shall not be subject to stay pursuant to Fed. R. Civ. P. 62(a).

**It is so ordered** this 30th day of August, 2022.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

---

[1] This Consent Judgment shall be subject to and not exclusive of the parallel Consent Judgment which the parties are requesting be entered by the United States District Court for the Southern District of Texas in Civil Action No. 22-cv-337.