IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Peninsula Petroleum Far East Pte. Ltd. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION 3:22-cv-241-L |
| v. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Crystal Cruises, LLC § | |
| Star Cruises (HK) Limited § | |
| § | |
| Defendants, and § | |
| § | |
| Bank of America, N.A. § | |
| § | |
| Garnishee. § | |

### AGREED ORDER TO DISBURSE GARNISHED FUNDS AND DISSOLVE WRIT OF GARNISHMENT

Upon consideration of the Agreed Motion to Disburse Garnished Funds and Dissolve Writ of Garnishment ("Motion") of Peninsula Petroleum Far East Pte. Ltd. ("Peninsula"), Crystal Cruises, LLC ("Crystal"), Mark C. Healy, assignee of Crystal Cruises, LLC ("Assignee") (Crystal and Assignee both appearing specially and restrictively and solely as Claimants of the garnishment proceeds herein), and Garnishee, Bank of America, N.A. ("Bank of America"), the Court finds that the Motion is well taken and should be, and is hereby **GRANTED**. It is therefore

**ORDERED** that Bank of America shall recover the sum of $49,448.63 from the funds on deposit in various accounts in the name of Crystal (collectively the "Restricted Accounts"), currently restricted pursuant to the February 9, 2022 Writ for Maritime Attachment and Garnishment issued in the above-captioned Civil Action (the "Writ"), in satisfaction of its claim. It is further

**ORDERED** that Bank of America, after collecting the aforementioned $49,448.63, shall disburse all remaining funds on deposit in the Restricted Accounts to Peninsula by way of one or more Cashier's Check(s) made payable to "J. Simms Aty Peninsula Petrol. Far East Pte. Ltd." (the "Settlement Payment"), sent by pre-paid courier (at Peninsula's expense) to: J. Stephen Simms, Simms Showers LLP, Suite 230, 201 International Circle, Baltimore, Maryland 21030. It is further

**ORDERED** that upon Bank of America's tender of the Settlement Payment to Peninsula, the Writ is hereby **DISSOLVED** and, by this Order, Bank of America is **DISCHARGED** of any and all liability to Peninsula, Crystal, and Assignee to the extent of the funds restricted pursuant to the Writ and paid pursuant to this Order. It is further

**ORDERED** that Peninsula's receipt of the Settlement Payment shall constitute full and final satisfaction of the Consent Judgment entered in the above-captioned Civil Action.

**It is so ordered** this 30th day of August, 2022.

*[signature]*
Sam A. Lindsay
United States District Judge

[Remainder of Page Intentionally Left Blank]

Agreed as to form and substance and entry requested:

PHELPS DUNBAR LLP

By: /s/ Arthur R. Kraatz
Arthur R. Kraatz (pro hac vice pending)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Arthur.Kraatz@phelps.com

Marc G. Matthews
SDTX ID No. 705809
Texas Bar No. 24055921
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
Email: marc.matthews@phelps.com

**Counsel for Crystal Cruises LLC and Mark C. Healy, assignee of Crystal Cruises, LLC**

ADAMS AND REESE LLP

By: /s/ Evan A. Moeller
Evan A. Moeller
State Bar No. 24051067
evan.moeller@arlaw.com
Matthew C. Guy
State Bar No. 24050702
matthew.guy@arlaw.com
Joshua A. Lesser
State Bar No. 24116663
joshua.lesser@arlaw.com
Lyondell Basell Tower
1221 McKinney St., Suite 4400
Houston, Texas 77010
Telephone: (713) 652-5151
Facsimile: (713) 652-5152

**Attorneys for Bank of America, N.A.**

SIMMS SHOWERS LLP

By: /s/ J. Stephen Simms
J. Stephen Simms
Pro Hac Vice Pending
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Fax: 410-510-1789
jssimms@simmsshowers.com

KELLY HART & HALLMAN, LLP

Scott R. Wiehle
State Bar No. 24043991
scott.wiehle@kellyhart.com
Joseph D. Austin
joseph.austin@kellyhart.com
State Bar No. 24101470
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

**Attorneys for Peninsula Petroleum Far East Pte. Ltd.**