IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Dallas Division

| | |
|---|---|
| Peninsula Petroleum Far East Pte. Ltd. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO.:  22-cv-241-L |
| v. § | |
| § | IN ADMIRALTY, Rule 9(h) |
| Crystal Cruises, LLC § | |
| Star Cruises (HK) Limited, et al., § | |
| § | |
| Defendants and Garnishees. § | |

## NOTICE OF SATISFACTION OF CONSENT JUDGMENT

PLEASE TAKE NOTICE that the consent judgment [ECF 56] entered August 30, 2022 has been fully paid and satisfied.

Dated: September 26, 2022.

| | |
|---|---|
| Scott R. Wiehle | /s/ J. Stephen Simms |
| State Bar No. 24043991 | J. Stephen Simms |
| scott.wiehle@kellyhart.com | jssimms@simmsshowers.com |
| | Simms Showers LLP |
| Joseph D. Austin | 201 International Circle, Suite 230 |
| joseph.austin@kellyhart.com | Baltimore, Maryland 21030 |
| State Bar No. 24101470 | Telephone: (410) 783-5795 |
| | Facsimile: (410) 510-1789 |
| KELLY HART & HALLMAN, LLP | |
| 201 Main Street, Suite 2500 | |
| Fort Worth, Texas 76102 | |
| Telephone: (817) 332-2500 | |

Peninsula Counsel